IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION



FILED
TIME_____

NOV 2 3 2009

JAMES BONINI, Clerk
COLUMBUS, OHIO

JAMES STEPHENS,

        Petitioner,

v.

                                CASE NO. 2:08-CV-470
                                JUDGE FROST
                                MAGISTRATE JUDGE KING

MICHAEL SHEETS, Warden,

        **Respondent.**

## OPINION AND ORDER

On October 20, 2009, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

The Clerk shall enter **FINAL JUDGMENT.**

_____
GREGORY L. FROST
United States District Judge